# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: Teresa Dyer Bancroft | ) | Case No.: 19-05313-DSC-7 |
| SSN: xxx-xx-1993 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR CHAPTER 7 DEBTOR

COMES NOW, Tazewell T. Shepard of the law firm of Sparkman, Shepard & Morris, P.C. and files this Motion for Leave to Withdraw as Counsel for Teresa Dyer Bancroft ("Debtor"), on the following grounds:

1. On December 30, 2019, Debtor filed a Chapter 7 bankruptcy petition with this Court with the assistance of the undersigned attorney.

2. Debtor retained Hilaire Armstrong ("Debtor's Attorney) in Montgomery, Alabama, to represent her in this Chapter 7 matter. The undersigned counsel and law firm have not been retained by the Debtor.

3. Debtor's Attorney was having difficulty in electronically filing Debtor's bankruptcy petition and as a courtesy, undersigned counsel filed the Chapter 7 bankruptcy petition on behalf of Debtor's Attorney.

4. Debtor's Attorney is prepared to represent the Debtor in this case, and no further involvement by the undersigned is necessary.

WHEREFORE, premises considered, the undersigned counsel and law firm request that this Honorable Court enter an Order:

(a) Granting counsel's Motion to Withdraw from this matter; and

(b) Granting any further relief this Court finds just and proper.

Respectfully submitted this the 6th day of January, 2020.

*/s/ Tazewell T. Shepard III*
Tazewell T. Shepard III
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924

## CERTIFICATE OF SERVICE

This is to certify that this the 6th day of January, 2020, I have this day served the foregoing motion on all parties listed on the Clerk's Certified Matrix, Thomas E. Reynolds, Trustee, Reynolds Legal Solutions, LLC, 300 Richard Arrington Jr. Boulevard North, Suite 503, Birmingham, AL 35203, and Jon Dudek, Esq., Office of the Bankruptcy Administrator, 1800 5th Avenue North, Birmingham, AL 35203 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard III*
Tazewell T. Shepard III