# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re:

| | | | |
|---|---|---|---|
| Teresa Dyer Bancroft | } | Case No.: | 19-05313-DSC |
| SSN: xxx-xx-1993 | } | | |
| | } | Chapter 7 | |
| Debtor, | } | | |

## NOTICE AND O R D E R

This matter having come before the Court on the Motion for Leave to Withdraw as Counsel for Chapter 7 Debtor, filed by Tazewell Shepard, no notice having been given, it appears to the Court that the motion is due to be granted, it is therefore

**ORDERED, ADJUDGED and DECREED** that the Motion for Leave to Withdraw as Counsel for Chapter 7 Debtor filed by Tazewell Shepard is hereby **GRANTED unless a written objection and request for hearing is filed on or before January 30, 2020.** If said objection and request is <u>timely</u> filed, a hearing will be scheduled by a subsequent notice of hearing.

Dated: January 9, 2020

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge

/mb